**Order filed, June 27, 2018.**



## In The
# Court of Appeals
### For The
# First District of Texas
_____

### NO. 01-18-00505-CV

### GUICE ENGINEERING, INC., Appellant

### V.

### SHEILA TURNER, INDIVIUALLY AND AS NEXT FRIEND OF D. J. T., JR. AND A. T., MINOR CHILDREN AND DANNY EARL CAIN AS REPRESENTATIVE OF THE ESTATE OF DAVID JUSTIN TURNER, AND AS NEXT FRIEND OF D. J. T., JR. AND A. T., Appellee

### On Appeal from the 295th District Court
### Harris County, Texas
### Trial Court Case 2015-73209

### ORDER

The reporter's record in this case was due 06/11/2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 10 days** of the date of this order.

PER CURIAM